**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL ROBINSON | : | Civil No. 1:26-cv-02716 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAUPHIN COUNTY, | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Dauphin County, makes the following disclosure:

1. Is the party a non-governmental corporate party?

☐ YES ☒ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

**MCNEES WALLACE & NURICK LLC**

By: /s/*M. Abbegael Giunta*
M. Abbegael Giunta (I.D. 94059)
Adam L. Santucci (I.D. 307058)
Sarah J. McGowan (I.D. 321311)
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
(717) 237-5300 (Facsimile)
agiunta@mcneeslaw.com
asantucci@mcneeslaw.com
smcgowan@mcneeslaw.com

Date: November 18, 2026

*Attorneys for Defendants Dauphin County, Commonwealth of Pennsylvania, Michael Pries, and George Hartwick*

## CERTIFICATE OF SERVICE

I certify that, on this date, I served the foregoing document through the Court's CM/ECF system upon the following counsel:

Alexis Conrad
Stark Law Group, LLC
1370 Harrisburg Pike
Lancaster, PA 17601
alexis@starklawllc.com

Dated: November 18, 2026

*/s/ M. Abbegael Giunta*
M. Abbegael Giunta